|  |  |
|---|---|
| DELIVERED | 10/26/2023 11:29 AM |
| SERVER |  |
| LICENSE | CPS#0028 CPS#374 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ELI ADDINGTON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> SCOTT NAPIERATA, INC. d/b/a SNI CONTRACTING <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:23-cv-1996-CEM-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCOTT NAPIERATA, INC. d/b/a SNI CONTRACTING
c/o Scott D. Napierata
342 Specialty Place
Sanford, Florida 32771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  C. Ryan Morgan, Esq.
MORGAN & MORGAN, PA
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Phone: (407) 420-1414

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  October 18, 2023

*EstrellaMelians*

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

**State of Florida**  **County of Middle**  **District Court**

Case Number: 6:23-cv-1996-CEM-RMN

Plaintiff: **ELI ADDINGTON**
vs.
Defendant: **SCOTT NAPIERATA, INC. d/b/a SNI CONTRACTING**



PKP2023007256

For:
C. RYAN MORGAN
MORGAN & MORGAN
20 N. ORANGE AVE
SUITE 1600
ORLANDO, FL 32801

Received by Central Florida Process and Investigations, Inc. on the 23rd day of October, 2023 at 12:42 pm to be served on **SCOTT NAPIERATA, INC. D/B/A SNI CONTRACTING C/O SCOTT D. NAPIERATA, 342 Specialty Place, Sanford, FL 32771**.

I, Amy Brown, do hereby affirm that on the **26th day of October, 2023** at **11:29 am, I:**

served a CORPORATION by delivering a true copy of the SUMMONS, COMPLAINT, EXHIBITS with the date and hour of service endorsed thereon by me, to: JENNIFER NAPIERATA as OWNER for SCOTT NAPIERATA, INC. D/B/A SNI CONTRACTING C/O SCOTT D. NAPIERATA, at the address of: 342 Specialty Place, Sanford, FL 32771, and informed said person of the contents therein, in compliance with F.S. 48.081.    Registered agent failed to comply with F.S.48.091 by not being available on the first attempt between the statutory hours of 10AM- 12PM.

**Additional Information pertaining to this Service:**
10/26/2023  11:29 am  Attempted service, Registered Agent not available at this time, served Jennifer napierata as owner age 50 female white 5foot10 160 pounds black hair with glasses

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

_____
**Amy Brown**
CPS#0028 CPS#374

**Central Florida Process and Investigations, Inc.**
**1516 E. Colonial Drive**
**Suite 201**
**Orlando, FL 32803**
**(407) 709-8707**

Our Job Serial Number: PKP-2023007256

