UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELI ADDINGTON,**

   **Plaintiff,**

**v.**           **Case No. 6:23-cv-1996-CEM-RMN**

**SCOTT NAPIERATA, INC.,**

   **Defendant.**

                /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 28). The United States Magistrate Judge issued a Report and Recommendation (Doc. 29), recommending that the Motion be granted in part and denied in part, (*id.* at 11).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 28) is **GRANTED in part** and **DENIED in part**.

    a. The Clerk is directed to enter **DEFAULT JUDGMENT** in favor of Plaintiff Eli Addington and against Defendant Scott Napierata, Inc. in the amount of $68, 014.93.

3. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record