## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ELI ADDINGTON,

v.

SCOTT NAPIERATA, INC. d/b/a SNI
CONTRACTING

**Case No. 6:23-CV-01996-CEM-RMN**

### PLAINTIFF'S NOTICE OF SUPPLEMENT

**1. Summary**

Pursuant to the Court's June 3, 2024, Order, Doc. 31, PageID 123-124,

Plaintiff hereby notifies the Court that he is not seeking an award of attorney's

fees and/or costs.

Dated: July 18, 2024.          Respectfully submitted,

By:    /s/ *Olivia R. Beale*
Michael A. Josephson*
TX Bar No. 24014780
Andrew W. Dunlap*
TX Bar No. 24078444
Olivia R. Beale
TX Bar No. 24122166
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone:      (713) 352-1100
Fax:        (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch

1

TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone:      (713) 877-8788
Fax:         (713) 877-8065
rburch@brucknerburch.com

C. Ryan Morgan, Esq.
FBN 0015527
**MORGAN & MORGAN, PA**
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Phone:      (407) 420-1414
Fax:         (407) 867-4791
rmorgan@forthepeople.com
*Local Counsel for Plaintiff*

*\*Pro hac vices forthcoming*

**ATTORNEYS FOR ADDINGTON & THE STRAIGHT TIME WORKERS**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the Notice of the electronic filing by CERTIFIED U.S. MAIL to the following: SCOTT NAPIERATA, INC. D/B/A SNI CONTRACTING C/O SCOTT D. NAPIERATA, 342 Specialty Place, Sanford, FL 32771.

*s/ Olivia R. Beale*
Olivia R. Beale